UNITED STATES v. GENERAL ELECTRIC CO.

**No. 6042.**—Invoices dated Canada, December 10, 1943, etc.
Entered at New Bedford, Mass., January 1, 1944.
Entry No. N–23, etc.

(Decided August 8, 1944)

*Paul P. Rao,* Assistant Attorney General (*Daniel I. Auster,* special attorney), for the plaintiff.

*Johnson, Clapp, Ives & Knight* (*Henry F. Knight* and *Hervey W. King* of counsel) for the defendant.

OLIVER, Presiding Judge: These appeals for reappraisement have been submitted for decision upon the following stipulation of counsel for the parties hereto:

It is hereby stipulated and agreed, by and between counsel for the respective parties hereto, subject to the approval of the court, that the market value, or price, at the time of exportation of the radio parts enumerated below, at which such or similar merchandise was freely offered for sale to all purchasers in the principal markets of the country from which exported in the usual wholesale quantities and in the ordinary course of trade, including the cost of all containers and coverings of whatever nature, and all other costs, charges, and expenses incident to placing the merchandise in condition, packed, ready for shipment to the United States is, as follows:

Radio Part No. 112066–1 each $26.12, Canadian currency per thou-
Radio Part No. 112066–2 sand, net, packed

It is further stipulated and agreed that there was no higher export value for such or similar merchandise at the time of exportation of the imported merchandise.

It is further agreed that this case may be submitted on the foregoing stipulation.

On the agreed facts I find the foreign value, as that value is defined in section 402 (c) of the Tariff Act of 1930 as amended, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are as follows:

Radio Part No. 112066–1 } each $26.12, Canadian currency per thou-
Radio Part No. 112066–2 } sand, net, packed

Judgment will be rendered accordingly.